862

No. 95–17.  SCHUELLER v. ASHLEY MEMORIAL HOSPITAL ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 95–18.  O'NEAL v. JUDICIAL QUALIFICATION COMMISSION OF GEORGIA.  Sup. Ct. Ga.  Certiorari denied.

No. 95–19.  ALLGOOD v. UNITED STATES.  C. A. Armed Forces.  Certiorari denied.

No. 95–20.  CIMERMANCIC v. TEXAS.  Ct. App. Tex., 13th Dist.  Certiorari denied.

No. 95–21.  MCAULIFFE ET AL. v. SHERWIN MANOR NURSING CENTER, INC.  C. A. 7th Cir.  Certiorari denied.

No. 95–22.  SUROS v. NEW YORK.  App. Div., Sup. Ct. N. Y., 1st Jud. Dept.  Certiorari denied.

No. 95–23.  RODEN, TRUSTEE OF ERNEST M. STILL TRUST, ET AL. v. BLACKWELL LAND CO., INC., ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 95–24.  L. K. COMSTOCK & CO., INC., ET AL. v. LOUISIANA POWER & LIGHT CO.  C. A. 5th Cir.  Certiorari denied.

No. 95–29.  JACOBS v. GUIDO ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 95–30.  FISHELL ET UX. v. SOLTOW ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 95–32.  DEVAULT v. DEVAULT.  Ct. App. Ohio, Franklin County.  Certiorari denied.

No. 95–33.  TYTOR v. BOARD OF TRUSTEES, LARAMIE COUNTY SCHOOL DISTRICT NO. 2, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 95–34.  JEFFRIES v. HARLESTON, PRESIDENT OF CITY COLLEGE OF NEW YORK, ET AL.  C. A. 2d Cir.  Certiorari denied.